Probation Form No. 35
(1/92)                                                                        Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.                                                                                    Case No. A05-0014 CR (JWS)

Yvonne M. Crabtree

    On April 8, 2005, the above-named was placed on probation for a period of two years following her conviction for Use of a Communication Facility to Facilitate a Drug Offense. On April 25, 2005, the offender's supervision was transferred to the District of Nevada, where she has been supervised since that time. On December 21, 2005, Crabtree was placed on a "compliant" caseload in Nevada and according to the District of Nevada, the defendant has complied with the rules and regulations of probation and is no longer in need of supervision. That office is recommending that Yvonne M. Crabtree be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 2nd day of June, 2006.

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge